OPINION — AG — ** APPROPRIATION — PASSAGE REQUIREMENT — DURATION ** 68 O.S. 504 [68-504], 68 O.S. 519 [68-519], 68 O.S. 523 [68-523], CONSTITUTES AN APPROPRIATION WITHIN THE MEANING OF ARTICLE V, SECTION 55 . PAYMENTS MAY 'NOT' BE MADE PURSUANT TO 68 O.S. 504 [68-504], 68 O.S. 519 [68-519], 68 O.S. 323 [68-323] AFTER TWO AND ONE HALF YEARS FROM THEIR PASSAGE. PASSAGE OF AN APPROPRIATION ACT UNDER ARTICLE V, SECTION 55 OKLAHOMA CONSTITUTION MEANS APPROVAL BY THE LEGISLATURE AND GOVERNOR OR OTHER METHODS OF ENACTING STATUTES AS PROVIDED IN THE CONSTITUTION. (DEFINITION, DEFINED, EXCISE TAX, GAS TAX, BILL, LEGISLATION, TIME SPAN, TIME FRAME, PASSAGE) CITE: 68 O.S. 519 [68-519], 68 O.S. 502 [68-502], ARTICLE X, SECTION 56 (G. T. BLANKENSHIP)